UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Teri Lynn Rosales, | Case No. 24-CV-3138 (KMM/JFD) |
| Petitioner, | |
| v. | ORDER |
| Michael Segal, Warden, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty, dated June 5, 2025. ECF 14. The R&R finds that the Respondent has correctly calculated Petitioner's sentence and recommends that her habeas petition be dismissed. *Id.* No objections have been filed to that R&R in the time permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having carefully reviewed the R&R and the record, the Court finds no error in the R&R's conclusions and agrees with its recommendation.

Accordingly, **IT IS HEREBY ORDERED** that

1. The R&R (ECF 14) is **ACCEPTED**;

2. The petition for a writ of habeas corpus of Petitioner Teri Lynn Rosales (ECF 1) is **DENIED**; and

3. This matter is **DISMISSED**.

   **Let Judgment Be Entered Accordingly.**

Date: July 28, 2025

          *s/ Katherine M. Menendez*
          Katherine M. Menendez
          United States District Judge